**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Andrew H. Hon**<br>　　　　　　　　　**Debtor(s)**<br><br>**Freedom Mortgage Corporation**<br>　　　　　　　　　**Movant**<br>　　vs.<br><br>**Andrew H. Hon**<br>　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West**,<br>　　　　　　　　　**Trustee** | **BK NO. 23-12550 AMC**<br><br>**Chapter 13**<br><br>**Related to Claim No.** |

**CERTIFICATE OF SERVICE**
**Notice of Mortgage Payment Change**

I, Mark A. Cronin of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 9, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Andrew H. Hon
1242 East Moyamensing Avenue
Phialdelphia, PA 19147-5314

<u>Attorney for Debtor(s)</u>
Michael I. Assad, 1500 Walnut Street
Suite 900
Philadelphia, PA 19102Michael A. Cibik2, Esq.

1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

<u>Trustee</u>
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>November 9, 2023</u>

　　　　　　　　　　　　　　　　　　　　　**/s/Mark A. Cronin Esquire**
　　　　　　　　　　　　　　　　　　　　　Mark A. Cronin Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 58240
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　　mcronin@kmllawgroup.com