# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Andrew H. Hon                         CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-12550 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

                                                         Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
09 Nov 2023, 17:48:49, EST

                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322