**#HHA12519 - Andrew Hon**
EXC/HHAXPHL

Voucher #: (1784072)

Pay Date: 06/30/2023
Pay Period: 06/19/2023-06/25/2023

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONUS | | | | 1,000.00 |
| Hol Work | | | | 180.00 |
| OT Prem | 7.50 | 16.00 | 120.00 | 360.00 [1] |
| Overtim | | | | 3,420.00 |
| Regular | 15.00 | 56.00 | 840.00 | 8,400.00 |
| **Gross Pay** | | | **960.00** | **13,360.00** |

### Deductions

| | | | Current | YTD |
|---|---|---|---|---|
| 401K | | | 38.40 | 232.80 [2] |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 921.60 | 13,127.20 | 74.40 | 1,204.78 |
| FICA | 960.00 | 13,360.00 | 59.52 | 828.32 |
| MEDI | 960.00 | 13,360.00 | 13.92 | 193.72 |
| SIT:PA | 960.00 | 13,360.00 | 29.47 | 410.13 |
| SUI:PA | 960.00 | 13,360.00 | 0.67 | 9.33 |
| CITY:Ph | 960.00 | 13,360.00 | 36.38 | 506.30 |
| **Total** | | | **214.36** | **3,152.58** |

| **Net Pay** | | | **707.24** | **9,974.62** |
|---|---|---|---|---|
| Checking (0909) | | | 707.24 | 9,974.62 |

### Accruals

| | | | Bal. | Tkn/PP |
|---|---|---|---|---|
| Field PTO | | | Hrs: 21.07 | 0.00 |

### Information & Announcements

For information relating to Help at Home's response &
on-going updates on COVID-19 / Coronavirus, please refer
to www.helpathome.com/publichealth

### Tax Allowance Settings

| | |
|---|---|
| Federal: | Single/Married Filing Sep.
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |

[1] Overtime Premium Pay Rate at One-Half Blended Regular Rate of Pay
[2] Reduces your Federal & State Withholding Taxable Wage

Excel Companion Care LLC 400 Horsham Road, Suite 130, Horsham, PA 19044

1 of 1

---

**Excel Companion Care LLC**
400 Horsham Road
Suite 130
Horsham, PA 19044

| Pay Date: | 06/30/2023 |
|---|---|
| Voucher #: | (1784072) |

**Deposited To The Account(s) Of**

| | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Andrew Hon | 1 | Checking | XXXXXXXX0909 | 031202084 | 707.24 |

EXC/HHAXPHL  HHA12519  06/30/2023  (1784072)

**Andrew Hon**
1242 E Moyamensing Ave
FL 1
Philadelphia, PA 19147

**Non-Negotiable - This Is Not A Check**

**Excel Companion Care LLC**
400 Horsham Road
Suite 130
Horsham, PA 19044

EXC/HHAXPHL   HHA12519   06/30/2023
**Andrew Hon**
1242 E Moyamensing Ave
FL 1
Philadelphia, PA 19147

**Personal & Confidential**

**#HHA12519 - Andrew Hon**
**EXC/HHAXPHL**

Voucher #(1810076)

Pay Date: 07/14/2023
Pay Period: 07/03/2023-07/09/2023

## Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONUS | | | | 1,000.00 |
| Hol Work | 22.50 | 16.00 | 360.00 | 540.00 |
| OT Prem | 7.30 | 64.50 | 470.85 | 947.10 [1] |
| Overtim | | | | 3,420.00 |
| Regular | 13.00 | 80.50 | 1,046.50 | 10,399.00 |
| Regular | 15.00 | 8.00 | 120.00 | |
| **Gross Pay** | | | **1,997.35** | **16,306.10** |

## Deductions

| | | | Current | YTD |
|---|---|---|---|---|
| 401K | | | 79.89 | 350.64 [2] |

## Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,917.46 | 15,955.46 | 273.00 | 1,550.88 |
| FICA | 1,997.35 | 16,306.10 | 123.84 | 1,010.98 |
| MEDI | 1,997.35 | 16,306.10 | 28.96 | 236.44 |
| SIT:PA | 1,997.35 | 16,306.10 | 61.32 | 500.58 |
| SUI:PA | 1,997.35 | 16,306.10 | 1.40 | 11.39 |
| CITY:Ph | 1,997.35 | 16,306.10 | 75.70 | 617.96 |
| **Total** | | | **564.22** | **3,928.23** |

## Net Pay

| | | Current | YTD |
|---|---|---|---|
| **Net Pay** | | **1,353.24** | **12,027.23** |
| | Checking (0909) | 0.00 | 10,673.99 |
| | Checking (3621) | 1,353.24 | 1,353.24 |

## Accruals

| | Bal. | Tkn/PP |
|---|---|---|
| Field PTO | Hrs: 25.64 | 0.00 |

### Information & Announcements

For information relating to Help at Home's response &
on-going updates on COVID-19 / Coronavirus, please refer
to www.helpathome.com/publichealth

### Tax Allowance Settings

| | |
|---|---|
| Federal: | Single/Married Filing Sep. |
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $0.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |

[1] Overtime Premium Pay Rate at One-Half Blended Regular Rate of Pay
[2] Reduces your Federal and State Withholding Taxable Wage

Excel Companion Care LLC 400 Horsham Road, Suite 130, Horsham, PA 19044

1 of 1

---

**Excel Companion Care LLC**
400 Horsham Road
Suite 130
Horsham, PA 19044

| Pay Date: | 07/14/2023 |
|---|---|
| Voucher #: | (1810076) |

### Deposited To The Account(s) Of

| | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Andrew Hon | 1 | Checking | XXXXXXXX3621 | 031202084 | 1,353.24 |

EXC/HHAXPHL  HHA12519  07/14/2023  (1810076)

**Andrew Hon**
1242 E Moyamensing Ave
FL 1
Philadelphia, PA 19147

**Non-Negotiable - This Is Not A Check**

---

**Excel Companion Care LLC**
400 Horsham Road
Suite 130
Horsham, PA 19044

EXC/HHAXPHL   HHA12519   07/14/2023
**Andrew Hon**
1242 E Moyamensing Ave
FL 1
Philadelphia, PA 19147

**Personal & Confidential**

**#HHA12519 - Andrew Hon**
**EXC/HHAXPHL**

Voucher #(1822694)

Pay Date: 07/21/2023
Pay Period: 07/10/2023-07/16/2023

## Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONUS | | | | 1,000.00 |
| Hol Work | | | | 540.00 |
| OT Prem | 6.50 | 72.00 | 468.00 | 1,415.10 [1] |
| Overtim | | | | 3,420.00 |
| Regular | 13.00 | 112.00 | 1,456.00 | 11,855.00 |
| **Gross Pay** | | | **1,924.00** | **18,230.10** |

## Deductions

| | | | Current | YTD |
|---|---|---|---|---|
| 401K | | | 76.96 | 427.60 [2] |

## Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,847.04 | 17,802.50 | 257.51 | 1,808.39 |
| FICA | 1,924.00 | 18,230.10 | 119.29 | 1,130.27 |
| MEDI | 1,924.00 | 18,230.10 | 27.90 | 264.34 |
| SIT:PA | 1,924.00 | 18,230.10 | 59.07 | 559.65 |
| SUI:PA | 1,924.00 | 18,230.10 | 1.35 | 12.74 |
| CITY:Ph | 1,924.00 | 18,230.10 | 72.15 | 690.11 |
| **Total** | | | **537.27** | **4,465.50** |

| **Net Pay** | | **1,309.77** | **13,337.00** |
|---|---|---|---|
| | Checking (0909) | 0.00 | 10,673.99 |
| | Checking (3621) | 1,309.77 | 2,663.01 |

## Accruals

| | | Bal. | Tkn/PP |
|---|---|---|---|
| | | Hrs: 28.84 | 0.00 |
| Field PTO | | | |

## Information & Announcements

For information relating to Help at Home's response & on-going updates on COVID-19 / Coronavirus, please refer to www.helpathome.com/publichealth

## Tax Allowance Settings

| Federal: | Single/Married Filing Sep. |
|---|---|
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $0.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |

[1] Overtime Premium Pay Rate at One-Half Blended Regular Rate of Pay
[2] Reduces your Federal and State Withholding Taxable Wage

Excel Companion Care LLC 400 Horsham Road, Suite 130, Horsham, PA 19044

1 of 1

---

**Excel Companion Care LLC**
400 Horsham Road
Suite 130
Horsham, PA 19044

| Pay Date: | 07/21/2023 |
|---|---|
| Voucher #: | (1822694) |

| Deposited To The Account(s) Of | | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|---|
| Andrew Hon | | 1 | Checking | XXXXXXXX3621 | 031202084 | 1,309.77 |

EXC/HHAXPHL  HHA12519  07/21/2023  (1822694)

**Andrew Hon**
1242 E Moyamensing Ave
FL 1
Philadelphia, PA 19147

**Non-Negotiable - This Is Not A Check**

**Excel Companion Care LLC**
400 Horsham Road
Suite 130
Horsham, PA 19044

EXC/HHAXPHL   HHA12519   07/21/2023
**Andrew Hon**
1242 E Moyamensing Ave
FL 1
Philadelphia, PA 19147

**Personal & Confidential**



**#HHA12519 - Andrew Hon**
**EXC/HHAXPHL**

Voucher #: (1835178)

Pay Date: 07/28/2023
Pay Period: 07/17/2023-07/23/2023

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONUS | | | | 1,000.00 |
| Hol Work | | | | 540.00 |
| OT Prem | | | | 1,415.10 [1] |
| Overtim | | | | 3,420.00 |
| Regular | 13.00 | 16.50 | 214.50 | 12,069.50 |
| **Gross Pay** | | | **214.50** | **18,444.60** |

### Deductions

| | | Current | YTD |
|---|---|---|---|
| 401K | | 8.58 | 436.18 [2] |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 205.92 | 18,008.42 | | 1,808.39 |
| FICA | 214.50 | 18,444.60 | 13.30 | 1,143.57 |
| MEDI | 214.50 | 18,444.60 | 3.11 | 267.45 |
| SIT:PA | 214.50 | 18,444.60 | 6.59 | 566.24 |
| SUI:PA | 214.50 | 18,444.60 | 0.15 | 12.89 |
| CITY:Ph | 214.50 | 18,444.60 | 8.04 | 698.15 |
| **Total** | | | **31.19** | **4,496.69** |

### Net Pay

| | | Current | YTD |
|---|---|---|---|
| **Net Pay** | | **174.73** | **13,511.73** |
| | Checking (0909) | 0.00 | 10,673.99 |
| | Checking (3621) | 174.73 | 2,837.74 |

### Accruals

| | | Bal. | Tkn/PP |
|---|---|---|---|
| Field PTO | | Hrs: 29.31 | 0.00 |

### Information & Announcements

For information relating to Help at Home's response &
on-going updates on COVID-19 / Coronavirus, please refer
to www.helpathome.com/publichealth

### Tax Allowance Settings

Federal:    Single/Married Filing Sep.
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00

Pennsylvania:    Allowances: 0

[1] Overtime Premium Pay Rate at One-Half Blended Regular Rate of Pay
[2] Reduces your Federal & State Withholding Taxable Wage

Excel Companion Care LLC 400 Horsham Road, Suite 130, Horsham, PA 19044

1 of 1

---

**Excel Companion Care LLC**
400 Horsham Road
Suite 130
Horsham, PA 19044

| Pay Date: | **07/28/2023** |
|---|---|
| Voucher #: | **(1835178)** |

**Deposited To The Account(s) Of**

| | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Andrew Hon | 1 | Checking | XXXXXXXX3621 | 031202084 | 174.73 |

EXC/HHAXPHL  HHA12519  07/28/2023  (1835178)

**Andrew Hon**
1242 E Moyamensing Ave
FL 1
Philadelphia, PA 19147

**Non-Negotiable - This Is Not A Check**

**Excel Companion Care LLC**
400 Horsham Road
Suite 130
Horsham, PA 19044

EXC/HHAXPHL   HHA12519   07/28/2023
**Andrew Hon**
1242 E Moyamensing Ave
FL 1
Philadelphia, PA 19147

**Personal & Confidential**



**#HHA12519 - Andrew Hon**
**EXC/HHAXPHL**
Voucher #(1835178)

Pay Date: 07/28/2023
Pay Period: 07/17/2023-07/23/2023

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONUS | | | | 1,000.00 |
| Hol Work | | | | 540.00 |
| OT Prem | | | | 1,415.10 [1] |
| Overtim | | | | 3,420.00 |
| Regular | 13.00 | 16.50 | 214.50 | 12,069.50 |
| **Gross Pay** | | | **214.50** | **18,444.60** |

### Deductions

| | | Current | YTD |
|---|---|---|---|
| 401K | | 8.58 | 436.18 [2] |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 205.92 | 18,008.42 | | 1,808.39 |
| FICA | 214.50 | 18,444.60 | 13.30 | 1,143.57 |
| MEDI | 214.50 | 18,444.60 | 3.11 | 267.45 |
| SIT:PA | 214.50 | 18,444.60 | 6.59 | 566.24 |
| SUI:PA | 214.50 | 18,444.60 | 0.15 | 12.89 |
| CITY:Ph | 214.50 | 18,444.60 | 8.04 | 698.15 |
| **Total** | | | **31.19** | **4,496.69** |

### Net Pay

| | | Current | YTD |
|---|---|---|---|
| **Net Pay** | | **174.73** | **13,511.73** |
| | Checking (0909) | 0.00 | 10,673.99 |
| | Checking (3621) | 174.73 | 2,837.74 |

### Accruals

| | Bal. | Tkn/PP |
|---|---|---|
| Field PTO | Hrs: 29.31 | 0.00 |

### Information & Announcements

For information relating to Help at Home's response &
on-going updates on COVID-19 / Coronavirus, please refer
to www.helpathome.com/publichealth

### Tax Allowance Settings

| Federal: | Single/Married Filing Sep. |
|---|---|
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $0.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |

[1] Overtime Premium Pay Rate at One-Half Blended Regular Rate of Pay
[2] Reduces your Federal & State Withholding Taxable Wage

Excel Companion Care LLC 400 Horsham Road, Suite 130, Horsham, PA 19044

1 of 1

---

**Excel Companion Care LLC**
400 Horsham Road
Suite 130
Horsham, PA 19044

| Pay Date: | **07/28/2023** |
|---|---|
| Voucher #: | **(1835178)** |

**Deposited To The Account(s) Of**

| | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Andrew Hon | 1 | Checking | XXXXXXXX3621 | 031202084 | 174.73 |

EXC/HHAXPHL HHA12519 07/28/2023 (1835178)

**Andrew Hon**
1242 E Moyamensing Ave
FL 1
Philadelphia, PA 19147

**Non-Negotiable - This Is Not A Check**

**Excel Companion Care LLC**
400 Horsham Road
Suite 130
Horsham, PA 19044

EXC/HHAXPHL   HHA12519   07/28/2023
**Andrew Hon**
1242 E Moyamensing Ave
FL 1
Philadelphia, PA 19147

**Personal & Confidential**



**#HHA12519 - Andrew Hon**
**EXC/HHAXPHL**

Voucher #: (1886234)

Pay Date: 08/25/2023
Pay Period: 08/14/2023-08/20/2023

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONUS | | | | 1,000.00 |
| Hol Work | | | | 540.00 |
| OT Prem | 7.50 | 16.00 | 120.00 | 1,899.10 [1] |
| Overtim | | | | 3,420.00 |
| Regular | 15.00 | 56.00 | 840.00 | 14,157.50 |
| **Gross Pay** | | | **960.00** | **21,016.60** |

### Deductions

| | | | Current | YTD |
|---|---|---|---|---|
| 401K | | | 38.40 | 539.06 [2] |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 921.60 | 20,477.54 | 74.40 | 1,996.11 |
| FICA | 960.00 | 21,016.60 | 59.52 | 1,303.03 |
| MEDI | 960.00 | 21,016.60 | 13.92 | 304.74 |
| SIT:PA | 960.00 | 21,016.60 | 29.47 | 645.20 |
| SUI:PA | 960.00 | 21,016.60 | 0.67 | 14.69 |
| CITY:Ph | 960.00 | 21,016.60 | 36.00 | 794.60 |
| **Total** | | | **213.98** | **5,058.37** |

### Net Pay

| | | Current | YTD |
|---|---|---|---|
| | | **707.62** | **15,419.17** |
| | Checking (0909) | 0.00 | 10,673.99 |
| | Checking (3621) | 707.62 | 4,745.18 |

### Accruals

| | | Bal. | Tkn/PP |
|---|---|---|---|
| Field PTO | | Hrs: 32.74 | 0.00 |

### Information & Announcements

For information relating to Help at Home's response &
on-going updates on COVID-19 / Coronavirus, please refer
to www.helpathome.com/publichealth

### Tax Allowance Settings

| | |
|---|---|
| Federal: | Single/Married Filing Sep.<br>Form W4 2020 And Later: Yes<br>Two Jobs: No<br>Claim Dependent: $0.00<br>Deduction: $0.00<br>Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |

[1] Overtime Premium Pay Rate at One-Half Blended Regular Rate of Pay
[2] Reduces your Federal & State Withholding Taxable Wage

Excel Companion Care LLC 400 Horsham Road, Suite 130, Horsham, PA 19044

1 of 1

---

**Excel Companion Care LLC**
400 Horsham Road
Suite 130
Horsham, PA 19044

| Pay Date: | 08/25/2023 |
|---|---|
| Voucher #: | (1886234) |

### Deposited To The Account(s) Of

| | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Andrew Hon | 1 | Checking | XXXXXXXX3621 | 031202084 | 707.62 |

EXC/HHAXPHL  HHA12519  08/25/2023  (1886234)

**Andrew Hon**
1242 E Moyamensing Ave
FL 1
Philadelphia, PA 19147

**Non-Negotiable - This Is Not A Check**

**Excel Companion Care LLC**
400 Horsham Road
Suite 130
Horsham, PA 19044

EXC/HHAXPHL    HHA12519    08/25/2023
**Andrew Hon**
1242 E Moyamensing Ave
FL 1
Philadelphia, PA 19147

**Personal & Confidential**