# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

      Andrew H. Hon,

           Debtor.

Case No. 23-12550-amc

Chapter 13

**Certificate of Service**

      I certify that on this date I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Freedom Mortgage Corporation (CM/ECF)

TD Bank (CM/ECF)

Date: December 5, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com