# J.D. POWER

# 2019 Toyota Sienna
**Wagon 5D SE V6 Values**

## Pricing & Values

Prices shown for the used **2019 Toyota Sienna Wagon 5D SE V6** with typical miles are what people paid to buy this vehicle or what people received when trading in this vehicle at a dealer. **Edit options.**

## Buy from Dealer

Prices shown are what people paid including dealer discounts. Taxes and fees (title, registration, license, document, and transportation fees) are not included.



Buy from Dealer    Buy Certified from Dealer

**Average Price Paid**

# $31,713

Data from **54** transactions - Updated 11/26/23

80% of People Paid

# $29,988 - $33,686

# Trade In to Dealer

Prices shown are what people received from a dealer for their trade-in vehicle by condition.
See definitions.

| | |
|---|---|
| Base Price | $25,825 |
| Mileage and Options | $0 |
| **Rough Condition** ⓘ | **$25,825** |
| | |
| Base Price | $27,325 |
| Mileage and Options | $0 |
| **Average Condition** ⓘ | **$27,325** |
| | |
| Base Price | $28,550 |
| Mileage and Options | $0 |
| **Clean Condition** ⓘ | **$28,550** |

Looking for values for your business? J.D. Power Valuation Services can help.