**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ANDREW H. HON ) | CASE NO. 23-12550-amc |
| ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

    I, Jacob Zweig, attorney for TD Bank, N.A., successor in interest to TD Auto Finance, LLC, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court an Objection to Confirmation of First Amended Chapter 13 Plan on December 8, 2023 and served same as indicated below.

**Mail Service:** via Regular, first-class United States mail, postage full pre-paid, addressed to:

Andrew H. Hon
1242 E Moyamensing Ave
Philadelphia, PA 19147-5314

Michael I. Assad
1500 Walnut St., Ste. 900
Philadelphia, PA 19102

Michael A. Cibik
1500 Walnut St., Ste. 900
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

/s/Jacob Zweig
Jacob Zweig, Esq. (PA Attorney ID: 331327)
Evans Petree PC
Attorneys for TD Bank
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0726
(901) 374-7486 Fax
jzweig@evanspetree.com