# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>ANDREW H. HON<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>ANDREW H. HON ,<br>    Debtor | Case No. 23-12550-amc<br>Chapter 13 |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Freedom Mortgage Corporation ("Movant"), by and through its legal counsel, hereby withdraws its OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN filed on October 20, 2023, Doc # 20.

This 20th day of December, 2023.

>  */s/Andrew Spivack*
> Andrew Spivack, PA Bar No. 84439
> Matthew Fissel, PA Bar No. 314567
> Mario Hanyon, PA Bar No. 203993
> Ryan Starks, PA Bar No. 330002
> Jay Jones, PA Bar No. 86657
> Attorney for Creditor
> BROCK & SCOTT, PLLC
> 3825 Forrestgate Drive
> Winston Salem, NC 27103
> Telephone: (844) 856-6646
> Facsimile: (704) 369-0760
> E-Mail: PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> ANDREW H. HON | Case No. 23-12550-amc <br> Chapter 13 |
| Freedom Mortgage Corporation, <br>    Movant | |
| vs. | |
| ANDREW H. HON, <br>    Debtor | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Objection to Confirmation of Debtor's Chapter 13 Plan has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

MICHAEL I. ASSAD, Debtor's Attorney
1500 Walnut St
Ste 900
Philadelphia, PA 19102
mail@cibiklaw.com


KENNETH E WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107


Via First Class Mail:

ANDREW H. HON
1242 E MOYAMENSING AVE

PHILADELPHIA, PA 19147-5314

Date: <u>December 20, 2023</u>

                                                    <u>*/s/Andrew Spivack*</u>
                                                  Andrew Spivack, PA Bar No. 84439
                                                  Matthew Fissel, PA Bar No. 314567
                                                  Mario Hanyon, PA Bar No. 203993
                                                  Ryan Starks, PA Bar No. 330002
                                                  Jay Jones, PA Bar No. 86657
                                                  Attorney for Creditor
                                                  BROCK & SCOTT, PLLC
                                                  3825 Forrestgate Drive
                                                  Winston Salem, NC 27103
                                                  Telephone: (844) 856-6646
                                                  Facsimile: (704) 369-0760
                                                  E-Mail: PABKR@brockandscott.com