IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>ANDREW H. HON<br>    Debtor | Case No. 23-12550-amc |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>ANDREW H. HON<br>    Respondent | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Motion and Motion for Relief from the Automatic Stay at the addresses shown below or on the attached list on January 17, 2024.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail
ANDREW H. HON
1242 E MOYAMENSING AVE
PHILADELPHIA, PA 19147-5314

Service by Electronic Notification
MICHAEL I. ASSAD
1500 Walnut St
Ste 900
Philadelphia, PA 19102
mail@cibiklaw.com

KENNETH E WEST
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail.

This is the 17th day of January, 2024.

                                                */s/Andrew Spivack*
                                                Andrew Spivack, PA Bar No. 84439
                                                Matthew Fissel, PA Bar No. 314567
                                                Mario Hanyon, PA Bar No. 203993
                                                Ryan Starks, PA Bar No. 330002
                                                Jay Jones, PA Bar No. 86657
                                                Attorney for Creditor
                                                BROCK & SCOTT, PLLC
                                                3825 Forrestgate Drive
                                                Winston Salem, NC 27103
                                                Telephone: (844) 856-6646
                                                Facsimile: (704) 369-0760
                                                E-Mail: PABKR@brockandscott.com