| Debtor Name: | Hon | | | | |
| BK Case Number: | 23-12550 | | | | |
| Filing Date: | 08/28/23 | | Completed by: | | |
| Post First Due: | 09/01/23 | | Completed Date: | | 1/8/2024 |
| Post-Petition Paid | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance |
| | 9/27/2023 | $ 1,781.77 | | $ 1,781.77 | $ 1,781.77 |
| 09/01/23 | 10/30/2023 | $ 1,781.77 | $ 1,911.72 | $ (129.95) | $ 1,651.82 |
| | 12/12/2023 | $ 1,781.77 | $ 1,911.72 | $ (129.95) | $ 1,521.87 |
| 10/01/23 | 12/14/2023 | $ 125.77 | | $ 125.77 | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |
| | | | | $ - | $ 1,647.64 |