IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| In Re: | : | |
| ANDREW H. HON, | : | Bankruptcy No. 23-12550-amc |
| Debtor | : | Chapter 13 |
| Freedom Mortgage Corporation | : | |
| Movant | : | |
| | : | |
| v. | : | |
| ANDREW H. HON | : | 11 U.S.C. §362 |
| and | | |
| KENNETH E WEST, ESQUIRE (TRUSTEE) | | |
| Respondent(s) | : | |

**CERTIFICATION OF NO ANSWER REGARDING FREEDOM MORTGAGE CORPORATION'S MOTION FOR RELIEF FROM STAY (DE 28)**

The undersigned hereby certifies that, as of February 6, 2024, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before January 17, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: February 8, 2024              Respectfully submitted,

                                     Brock & Scott, PLLC

                                     /s/Mario Hanyon
                                     Andrew Spivack, PA Bar No. 84439
                                     Matthew Fissel, PA Bar No. 314567
                                     Mario Hanyon, PA Bar No. 203993
                                     Ryan Starks, PA Bar No. 330002
                                     Jay Jones, PA Bar No. 86657
                                     Attorney for Creditor

BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| In Re: | : |
| **ANDREW H. HON,** | : Bankruptcy No. 23-12550-amc |
| Debtor | : Chapter 13 |
| **Freedom Mortgage Corporation** | : |
| Movant | : |
| | : |
| v. | : |
| **ANDREW H. HON** | : 11 U.S.C. §362 |
| **and** | |
| **KENNETH E WEST, ESQUIRE (TRUSTEE)** | |
| Respondent(s) | : |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on February 10, 2024 to the following:

ANDREW H. HON
1242 E MOYAMENSING AVE
PHILADELPHIA, PA 19147-5314

MICHAEL I. ASSAD, Debtor's Attorney
1500 Walnut St
Ste 900
Philadelphia, PA 19102
mail@cibiklaw.com

KENNETH E WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993

Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com