United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 23-12550-amc

Andrew H. Hon                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                          Page 1 of 4

Date Rcvd: Jun 26, 2024                  Form ID: pdf900                              Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Andrew H. Hon, 1242 E Moyamensing Ave, Philadelphia, PA 19147-5314 |
| 14813919 | + | Freedom Mortgage Corporation, C/O Mario Hanyon, Esquire, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14830002 | + | Freedom Mortgage Corporation, C/O Mark A. Cronin, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14812424 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 27 2024 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 27 2024 00:08:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14827789 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 00:11:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14812397 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 00:24:36 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14812398 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 00:08:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14827895 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 00:08:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14812399 | ^ | MEBN | Jun 26 2024 23:51:39 | Bread, Attn: Bankruptcy 156 Fifth Avenue 2nd Fl, New York, NY 10010-7734 |
| 14812406 | | Email/Text: megan.harper@phila.gov | Jun 27 2024 00:09:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14812400 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 01:45:15 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14822783 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2024 01:45:15 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14812402 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:10:58 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 14812403 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:11:19 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14812404 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 01:45:17 | Citibank/Sears, Attn: Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14812407 | | Email/Text: bankruptcy@philapark.org | | |

District/off: 0313-2                    User: admin                    Page 2 of 4
Date Rcvd: Jun 26, 2024                 Form ID: pdf900                  Total Noticed: 55

|  |  |  | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
|---|---|---|---|
| 14812408 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 00:09:00 |
|  |  |  | Comenity Bank/Sony, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14812409 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 00:09:00 |
|  |  |  | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14812410 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 00:09:00 |
|  |  |  | Comenity Capital Bank/HSN, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14812411 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2024 00:10:56 |
|  |  |  | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14812418 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:25:27 |
|  |  |  | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14823948 |  | Email/Text: mrdiscen@discover.com | Jun 27 2024 00:08:00 |
|  |  |  | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14812412 | + | Email/Text: mrdiscen@discover.com | Jun 27 2024 00:08:00 |
|  |  |  | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14812414 |  | Email/Text: collecadminbankruptcy@fnni.com | Jun 27 2024 00:08:00 |
|  |  |  | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14812413 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 27 2024 00:09:00 |
|  |  |  | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14825881 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 27 2024 00:08:00 |
|  |  |  | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14812415 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 27 2024 00:08:00 |
|  |  |  | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14813920 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 27 2024 00:08:00 |
|  |  |  | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14812416 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 27 2024 00:08:00 |
|  |  |  | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14812417 |  | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2024 00:09:00 |
|  |  |  | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14812401 |  | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 00:11:18 |
|  |  |  | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14817526 | + | Email/Text: RASEBN@raslg.com | Jun 27 2024 00:08:00 |
|  |  |  | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14817589 |  | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2024 00:10:56 |
|  |  |  | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14812419 | + | Email/Text: cedwards@ncsplus.com | Jun 27 2024 00:09:00 |
|  |  |  | NCSPlus Incorporated, Attn: Bankruptcy Attn: Bankruptcy, 117 East 24th Street , 5th Floor, New York, NY 10010-2937 |
| 14812420 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 27 2024 00:08:00 |
|  |  |  | Ocwen Loan Servicing, LLC, Attn: Bankruptcy Attn: Bankruptcy, 1661 Worthington Rd , Ste 100, West Palm Beach, FL 33409-6493 |
| 14812421 |  | Email/Text: fesbank@attorneygeneral.gov | Jun 27 2024 00:09:00 |
|  |  |  | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14812422 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2024 00:09:00 |
|  |  |  | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14812423 | ^ | MEBN | Jun 26 2024 23:51:44 |
|  |  |  | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |

| | | | |
|---|---|---|---|
| 14812425 | + Email/Text: bankruptcy@philapark.org | Jun 27 2024 00:09:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14812427 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 01:45:15 | Syncb/Harbor Freight, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14812426 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:10:56 | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14812428 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 01:03:43 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14812429 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 01:45:13 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14812430 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:17 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14812431 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 01:03:29 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14812432 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 01:45:17 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14812433 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:17 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14812434 | Email/Text: jaxbanko@td.com | Jun 27 2024 00:08:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 14823977 | + Email/Text: jaxbanko@td.com | Jun 27 2024 00:08:00 | TD Auto Finance LLC, c/o Jacob Zweig, Esquire, Evans Petree PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 14823932 | Email/Text: jaxbanko@td.com | Jun 27 2024 00:08:00 | TD Bank, N.A., PO Box 16041, Lewiston, ME 04243-9523 |
| 14812435 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 27 2024 00:09:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14812436 | ^ MEBN | Jun 26 2024 23:51:28 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14825887 | + Email/PDF: ebn_ais@aisinfo.com | Jun 27 2024 00:11:18 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14812405 | | Citibank/The Home Depot, dept, St Louis,, Citicorp Credit Srvs/, PO Box 790034, Centralized BkMO63179 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14828103 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14828202 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2            User: admin            Page 4 of 4

Date Rcvd: Jun 26, 2024            Form ID: pdf900            Total Noticed: 55

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| JACOB C. ZWEIG | on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Andrew H. Hon help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Andrew H. Hon help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                  :          Chapter 13

   Andrew H. Hon,


         Debtor(s)           :          Bky. No. 23-12550-AMC


**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West,
Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.  This chapter 13 bankruptcy case is **DISMISSED**.

2.  Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if
    such has not been previously filed.

3.  Any wage orders previously entered are **VACATED**.

4.  Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of
    the Trustee shall not revest in the entity in which such property was vested immediately before
    the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C.
    §349(b)(3).

5.  All applications for allowance of administrative expenses (including applications for allowance of
    professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6.  **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for**
    **the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an
    objection to the proposed compensation nor an application for administrative expense has been
    filed or (b) a Certification that an objection or an application has been filed (after which the Clerk
    shall schedule a hearing on all such applications).

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-
    three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications
    for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing
    thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan
    payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).


   Dated:    June 26, 2024

                                    _____
                                    **ASHELY M. CHAN**
                                    **CHIEF U.S. BANKRUPTCY JUDGE**