# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Andrew H. Hon,<br><br>*Debtor*. | Case No. 23-12550-AMC<br>Chapter 13 |

## Certificate of No Response

    I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the application for compensation filed at ECF No. 45.

    I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the application appears thereon. Pursuant to the notice filed with the application, responses to the application were to be filed and served on or before July 30, 2024.

    I further certify that I have reviewed the Court's docket in this case and no applications for administrative expenses appear thereon. Pursuant to the Court's order at ECF No. 43, all applications for administrative expenses were to be filed and served on or before July 16, 2024.

Date: August 6, 2024                    CIBIK LAW, P.C.
                                            *Attorney for Debtor*

                                            By: /s/ Michael A. Cibik
                                                  Michael A. Cibik (#23110)
                                                  1500 Walnut Street, Suite 900
                                                  Philadelphia, PA 19102
                                                  215-735-1060
                                                  help@cibiklaw.com